# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT WAYNE LOTT,<br><br>　　　　　　Defendant. | Case No.: 2:18-cr-00216-APG-NJK<br><br>**Order Setting Status Conference**<br><br>(Docket No. 20) |

Pending before the Court is Defendant's motion for status conference.[1] Docket No. 20. The Court hereby **GRANTS** the motion and sets a status conference for December 17, 2018, at 1:00 p.m., in Courtroom 3B. The United States is not required to be present in the courtroom.

IT IS SO ORDERED.

DATED: December 14, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The motion itself was filed sealed and *ex parte*. The Court will not discuss the substance of the motion, but the setting of the status conference is not sealed.

1