# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROBERT WAYNE LOTT,

    Defendant.

Case No. 2:18-cr-216-APG-NJK

**ORDER**

(Docket No. 22)

    Pending before the Court is Defendant's motion to continue status conference. Docket No. 22. The Court GRANTS Defendant's motion and continues the status conference to December 18, 2018, at 10:00 a.m. in Courtroom 3D.

IT IS SO ORDERED.

DATED: December 17, 2018

UNITED STATES MAGISTRATE JUDGE